CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 21 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BERNARD RAY RICHARDSON,<br>    Plaintiff, | Civil Action No. 7:06-cv-00215 |
| v. | |
| DOCTOR JOSEPH, et. al.,<br>    Defendants. | |

| | |
|---|---|
| BERNARD RAY RICHARDSON,<br>    Plaintiff, | Civil Action No. 7:06-cv-00216 (LEAD) |
| v. | **FINAL ORDER** |
| DOCTOR JOSEPH, et. al.,<br>    Defendants. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that the above referenced actions are hereby **CONSOLIDATED** for disposition, with all future submissions to be filed in Civil Action 7:06-cv-00216 as the lead case; the consolidated actions are hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915(g); plaintiff's requests for interlocutory injunctive relief are hereby **DENIED**; and these civil actions are hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 21st day of April, 2006.

          /s/ James C. Turk
          Senior United States District Judge